1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 David M. Yonko

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| 12 | DAVID M. YONKO, | ) | Case No.: CV 10-8582 JC |
| 13 | Plaintiff, | ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 14 | vs. | ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| 15 | MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| 16 | | ) | |
| 17 | Defendant | ) | |

18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE:    December 9, 2011

24                              _____
                                        /s/
                               THE HONORABLE JACQUELINE CHOOLJIAN
25                             UNITED STATES MAGISTRATE JUDGE

26

-1-